No. 329. WISEMAN v. SINCLAIR REFINING Co. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Edmund F. Lamb* for respondent.

No. 109. THOMAS ET UX. v. PATTERSON, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Frank P. Samford, Jr., John W. Gillon* and *Ira L. Burleson* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Norman H. Wolfe* for respondent.

No. 125. FINAZZO v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certoriari should be granted. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 196. MOORE ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Eugene Gressman* and *George Becker* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 209. EL HOSS ENGINEERING & TRANSPORT Co., LTD., v. AMERICAN INDEPENDENT OIL Co. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Telford Taylor, David E. Scoll* and *Kenneth Simon* for petitioner. *Walter C. Lundgren* for respondent.